UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20051-CIV-GARBER

KEMP A. KNIGHTEN,

    Plaintiff,

v.

PALISADES COLLECTION, LLC, a
foreign limited liability company;
JAMES CARY JACOBSON, P.A., a
Florida corporation, doing business
as Jacobson, Sobo & Moselle; and
JUSTIN D. JACOBSON, individually,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Motion of Defendant Palisades Collection, LLC, for Admission *Pro Hac Vice of Jonathan J. Greystone, Esquire* [DE 113].

The Court has examined the Motion and supporting Verified Statement of George M. Vinci, Jr. [DE 113-2] which sets forth information regarding the movant's qualifications for *pro hac vice* admission. Accordingly, it is hereby

ORDERED that said Motion is GRANTED and Jonathan J. Greystone, Esquire is admitted *pro hac vice* for participation as counsel for the defendants subject to the following:

    1. Payment of the requisite fee to the Clerk of Court;

    2. The participation as local counsel for the defendants by George M. Vinci, Jr., Esquire.

DONE AND ORDERED in Chambers at Miami, Florida this 18th day of June, 2010.

                                                                      BARRY L. GARBER
                                                                       UNITED STATES MAGISTRATE JUDGE

Case 1:09-cv-20051-BLG   Document 114   Entered on FLSD Docket 06/18/2010   Page 2 of 2